# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL J. KLIKUS,** | : | No. 3:13cv468 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **CORNELL IRON** | : | |
| **WORKS, INC.,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 6th day of February 2014, defendant's motion to dismiss (Doc. 19) plaintiff's amended complaint is **GRANTED** to the extent that plaintiff's ADEA and PHRA claims are **DISMISSED WITHOUT PREJUDICE** to plaintiff filing an amended complaint within fourteen (14) days to properly assert these claims. If plaintiff fails to file an amended complaint in fourteen (14) days, this case will be closed.

                                                        **BY THE COURT:**

                                                        **s/ James M. Munley**
                                                        **JUDGE JAMES M. MUNLEY**
                                                        **United States District Court**